# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**MATTHEW MATTY**
**#2482**                                                       **PLAINTIFF**


**v.**                          **No. 3:25-cv-275-DPM**


**JENNIFER SANDERS, Jail Administrator,**
**Independence County Detention Facility**          **DEFENDANTS**


## ORDER

1.   The Court withdraws the reference.

2.   Matty hasn't updated his address;  and his mail is still being returned undelivered.  *Docs. 4-6.*  His complaint will therefore be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).  An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

6 February 2026