## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MATTHEW MATTY**
**#2482**                                                              **PLAINTIFF**


**v.**                                    **No. 3:25-cv-275-DPM**


**JENNIFER SANDERS, Jail Administrator,**
**Independence County Detention Facility**              **DEFENDANTS**

## JUDGMENT

Matty's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

6 February 2026